| | |
|---|---|
| *Attorney or Party without Attorney:*<br>**DORSEY & WHITNEY, L.L.P.**<br>1717 Embarcadero Road<br>PALO ALTO, CA 94303<br>*Telephone No:* (650) 857-1717    *FAX No:* (650) 857-1288 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>474391.45 |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT DISTRICT

*Plaintiff:* EPPENDORF AG
*Defendant:* BIO-RAD LABORATORIES, INC.

| PROOF OF SERVICE<br>UNITED STATES DISTRICT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C081617EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the United States District Court Summons And Complaint In A Civil Case Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Case Management Conference Order; Notice Of Assignment Of Case To A Us Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Order Of The Chief Judge Re: Electronic Filing In Cases With Unrepresented Parties

3. a. Party served: BIO-RAD LABORATORIES, INC. (Attn: CT CORPORATION SYSTEM, AGENT FOR SERVICE)
   b. Person served: MARGARET WILSON, AUTHORIZED AGENT

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Mar. 27, 2008 (2) at: 2:25PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: BIO-RAD LABORATORIES, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. INTERSTATE ATTORNEY SERVICE
   b. **SWIFT ATTORNEY SERVICE**
   P.O. BOX 5324
   500 ALLERTON STREET, SUITE 105
   Redwood City, CA 94063
   c. (650)364-9612, FAX (650)364-3305

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $78.50
   e. I am: Affialite

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Mar. 27, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
UNITED STATES DISTRICT

(INTERSTATE ATTORNEY SERVICE)
*dorsey.20708*