1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Victoria F. Maroulis (Bar No. 202603)
2    victoriamaroulis@quinnemanuel.com
    Kevin P.B. Johnson (Bar No. 177129)
3    kevinjohnson@quinnemanuel.com
    Doug Colt (Bar No. 210915)
4    dougcolt@quinnemanuel.com
    Michael W. Gray (Bar No. 238669)
5    michaelgray@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
6  Redwood Shores, California 94065-2139
   Telephone:     (650) 801-5000
7  Facsimile:     (650) 801-5100

8  Attorneys for Defendant, BIO-RAD
   LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| EPPENDORF AG, | CASE NO. C08-01617 EMC |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO EXTEND DATE TO RESPOND TO COMPLAINT |
| BIO-RAD LABORATORIES, INC., | |
| Defendant. | |

    1.    On March 25, 2008, plaintiff Eppendorf AG ("Eppendorf") filed its complaint for patent infringement against Bio-Rad Laboratories, Inc. ("Bio-Rad").

    2.    The parties have met and conferred in good faith and have agreed that Bio-Rad shall file its response to Eppendorf's complaint on or before May 16, 2008.

    3.    This stipulated extension will not affect the date or deadline of any event already set by Court order.

1  SO STIPULATED:

2  DATED:  April 14, 2008                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

3

4                                        By _____
5                                            Doug Colt
6                                            Attorneys for Defendant, BIO-RAD LABORATORIES, INC.

7  DATED:  April 14, 2008                DORSEY & WHITNEY LLP
8

9                                        By  /s/ Martha Luemers
                                             Martha Leumers
10                                           Attorneys for Plaintiff, EPPENDORF AG.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28