| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | Victoria F. Maroulis (Bar No. 202603) |
| 2 | victoriamaroulis@quinnemanuel.com |
| | Kevin P.B. Johnson (Bar No. 177129) |
| 3 | kevinjohnson@quinnemanuel.com |
| | Doug Colt (Bar No. 210915) |
| 4 | dougcolt@quinnemanuel.com |
| | Michael W. Gray (Bar No. 238669) |
| 5 | michaelgray@quinnemanuel.com |
| | 555 Twin Dolphin Drive, Suite 560 |
| 6 | Redwood Shores, California 94065-2139 |
| | Telephone:   (650) 801-5000 |
| 7 | Facsimile:   (650) 801-5100 |
| 8 | Attorneys for Defendant, BIO-RAD LABORATORIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPPENDORF AG, | CASE NO. C08-01617 EMC |
| Plaintiff, | |
| vs. | STIPULATION TO EXTEND DATE TO RESPOND TO COMPLAINT ; ORDER |
| BIO-RAD LABORATORIES, INC., | |
| Defendant. | |

1.   On March 25, 2008, plaintiff Eppendorf AG ("Eppendorf") filed its complaint for patent infringement against Bio-Rad Laboratories, Inc. ("Bio-Rad").

2.   The parties have met and conferred in good faith and have agreed that Bio-Rad shall file its response to Eppendorf's complaint on or before May 16, 2008.

3.   This stipulated extension will not affect the date or deadline of any event already set by Court order.

SO STIPULATED:

DATED:  April 14, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Doug Colt
Attorneys for Defendant, BIO-RAD LABORATORIES, INC.

DATED:  April 14, 2008        DORSEY & WHITNEY LLP

By  /s/ Martha Luemers
Martha Leumers
Attorneys for Plaintiff, EPPENDORF AG.

Dated:  April 15, 2008

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge