QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
  Doug Colt (Bar No. 210915)
  dougcolt@quinnemanuel.com
  Michael W. Gray (Bar No. 238669)
  michaelgray@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Defendant, BIO-RAD LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPPENDORF AG,<br><br>    Plaintiff,<br><br>vs.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>    Defendant. | CASE NO. C08-01617 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

Defendant Bio-Rad Laboratories, Inc. respectfully declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: May 16, 2008            QUINN EMANUEL URQUHART & HEDGES, LLP


                                By_____/s/_____
                                  Kevin P.B. Johnson
                                  Attorneys for Defendant, BIO-RAD
                                  LABORATORIES, INC.

51398/2503162.1

Case No. C08-01617 EMC
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE