1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Kevin P.B. Johnson (Bar No. 177129)
2  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
3  victoriamaroulis@quinnemanuel.com
   Doug Colt (Bar No. 210915)
4  dougcolt@quinnemanuel.com
   Michael W. Gray (Bar No. 238669)
5  michaelgray@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
6  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
7  Facsimile:     (650) 801-5100

8  Attorneys for Defendant, BIO-RAD LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPPENDORF AG,<br><br>         Plaintiff,<br><br>    vs.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>         Defendant. | CASE NO. C08-01617 EMC<br><br>**CORPORATE DISCLOSURE STATEMENT BY DEFENDANT BIO-RAD LABORATORIES, INC.** |

Defendant Bio-Rad Laboratories, Inc. ("Bio-Rad") submits this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.  Bio-Rad has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

DATED:  May 16, 2008         QUINN EMANUEL URQUHART & HEDGES, LLP


                             By    /s/
                                Kevin P.B. Johnson
                                Attorneys for Defendant, BIO-RAD LABORATORIES, INC.

51398/2503056.1

Case No. C08-01617 EMC
CORPORATE DISCLOSURE STATEMENT BY DEFENDANT BIO-RAD LABORATORIES, INC.