1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Kevin P.B. Johnson (Bar No. 177129)
2  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
3  victoriamaroulis@quinnemanuel.com
   Doug Colt (Bar No. 210915)
4  dougcolt@quinnemanuel.com
   Michael W. Gray (Bar No. 238669)
5  michaelgray@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
6  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
7  Facsimile:      (650) 801-5100

8  Attorneys for Defendant, BIO-RAD
   LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPPENDORF AG,<br><br>               Plaintiff,<br><br>        vs.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>               Defendant. | CASE NO. C08-01617 EMC<br><br>**NOTICE OF PENDENCY OF OTHER ACTION BY DEFENDANT BIO-RAD LABORATORIES, INC.** |

Pursuant to Civil L.R. 3-13, defendant Bio-Rad Laboratories, Inc. ("Bio-Rad") respectfully submits this Notice of Pendency of Other Action.

Case No. 2:07-CV-281, pending in the United States District Court for the Eastern District of Texas, Marshall Division, is a patent infringement action by plaintiff Bio-Rad against defendants Eppendorf North America, Inc. and Eppendorf AG (the "Texas Action").  Accordingly, the Texas Action involves the same parties who are now before this Court.  In the Texas Action, Bio-Rad asserts a single cause of action for patent infringement based upon U.S. Patent No. 6,340,589, titled "Thin-Well Microplate and Methods of Making Same" ("the '589 Patent'").  In the instant case, Eppendorf asserts a single cause of action for patent infringement based upon

51398/2503825.1

Case No. C08-01617 EMC
NOTICE OF PENDENCY OF OTHER ACTION BY DEFENDANT BIO-RAD LABORATORIES, INC.

U.S. Patent No. 7,347,977, titled "Microtitration Plate" ("the '977 Patent").  The patents-in-suit cover highly similar technology.

As set forth in its counterclaims in the instant case, Bio-Rad challenges the validity of the '977 on the grounds that, *inter alia*, Eppendorf failed to disclose the Texas Action to the U.S. Patent and Trademark Office in the course of the prosecution of the '977 Patent.  Because the duty to disclose the Texas Action is separate from the resolution of any substantive issues in the Texas Action, however, it appears unlikely the Texas Action will affect any substantive issues in the instant action.   Bio-Rad therefore respectfully contends that transfer of the instant action to the Eastern District of Texas is unnecessary.

DATED:  May 16, 2008            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By____/s/_____
Kevin P.B. Johnson
Attorneys for Defendant, BIO-RAD LABORATORIES, INC.

51398/2503825.1

-2-                                    Case No. C08-01617 EMC
NOTICE OF PENDENCY OF OTHER ACTION BY DEFENDANT BIO-RAD LABORATORIES, INC.