UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s),

CASE NO.

v.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐   Non-binding Arbitration (ADR L.R. 4)
☐   Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐   Private ADR (*please identify process and provider*) _____

_____

The parties agree to hold the ADR session by:
☐   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

☐   other requested deadline _____


Dated:_____                              _____
                                                Attorney for Plaintiff

Dated:_____                              _____
                                                Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated:_____                    _____

                                                          UNITED STATES                    JUDGE

Todd A. Lorenz, Esq. SBN 175950
Martha C. Luemers, Esq., SBN 104658
DORSEY & WHITNEY LLP
1717 Embarcadero Road
P.O. Box 51050
Palo Alto, California 94303
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
eFilingPA@dorsey.com

Sri K. Sankaran, Esq. SBN 236584
Ronald J. Brown, Esq. SBN 236148
50 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-8856
sankaran.sri@dorsey.com
brown.ron@dorsey.com

Attorneys for Plaintiff
EPPENDORF AG

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Eppendorf AG, | ) CASE NO. C08-01617 |
|---|---|
| Plaintiff, | ) |
| v. | ) **ATTESTATION OF SIGNATURES ON ADR FORMS** |
| Bio-Rad Laboratories, Inc. | ) |
| Defendant. | ) |

I, Martha C. Luemers, counsel for plaintiff Eppendorf AG, hereby attest that:

1. I have on file a .pdf copy of the ADR Certification by Parties and Counsel signed by D. Ammerman/Dr. H.G. Koehn and by G. A. Mohr as Eppendorf AG party representatives

and by Todd A. Lorenz as counsel for Eppendorf AG, whose signatures are indicated in the document e-filed concurrently herewith by a "conformed" signature (/s/).

2. I have on file an email from Doug Colt of Quinn Emanuel, attorneys for defendant Bio-Rad Laboratories, Inc., authorizing me to indicate his signature by a "conformed" signature (/s/) on the Stipulation and [Proposed] Order Selecting ADR Process e-filed concurrently herewith.

Dated: June 18, 2008

                                                     /s/
                                    Martha C. Luemers