Todd A. Lorenz, Esq. SBN 175950
Martha C. Luemers, Esq. SBN 104658
DORSEY & WHITNEY LLP
1717 Embarcadero Road
P.O. Box 51050
Palo Alto, California 94303
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: luemers.martha@dorsey.com
Email: eFilingPA@dorsey.com

Ronald J. Brown, Esq. SBN 236148
Sri K. Sankaran, Esq. SBN 236584
50 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-8856
Email: sankaran.sri@dorsey.com
Email: brown.ron@dorsey.com

Attorneys for Plaintiff
EPPENDORF AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPPENDORF AG, | CASE NO. C08-01617 SBA |
| Plaintiff, | |
| v. | **PLAINTIFF EPPENDORF AG'S ANSWER TO DEFENDANT'S COUNTERCLAIMS** |
| BIO-RAD LABORATORIES, INC. | |
| Defendant. | |

Plaintiff Eppendorf AG ("Plaintiff") states for its Answer to the counterclaims filed by Bio-Rad Laboratories, Inc. ("Bio-Rad"), as follows:

1. Plaintiff admits that Bio-Rad's counterclaims seek declarations of invalidity, unenforceability, and non-infringement.

- 1 -

2. Upon information and belief, Plaintiff admits the allegations in paragraph 2 of Bio-Rad's counterclaims.

3. Plaintiff admits the allegation in paragraph 3 of Bio-Rad's counterclaims.

4. Plaintiff admits the allegation in paragraph 4 of Bio-Rad's counterclaims.

5. Plaintiff admits the allegation in paragraph 5 of Bio-Rad's counterclaims.

6. Plaintiff admits the allegation in paragraph 6 of Bio-Rad's counterclaims.

7. In response to paragraph 7 of Bio-Rad's counterclaims, Plaintiff realleges its responses to paragraphs 1-7 as set forth above.

8. Plaintiff admits the allegation in paragraph 8 of Bio-Rad's counterclaims.

9. With respect to the allegations in paragraph 9 of Bio-Rad's counterclaims, Plaintiff admits that Bio-Rad denies that it infringes the '977 patent. The remainder of paragraph 9 is a legal conclusion that does not require a response.

10. Plaintiff denies the allegations in paragraph 10 of Bio-Rad's counterclaims.

11. In response to paragraph 11 of Bio-Rad's counterclaims, Plaintiff realleges its responses to paragraphs 1-10 as set forth above.

12. Plaintiff admits the allegation in paragraph 12 of Bio-Rad's counterclaims.

13. With respect to the allegations in paragraph 13 of Bio-Rad's counterclaims, Plaintiff admits that Bio-Rad denies that the '977 patent is valid. The remainder of paragraph 13 is a legal conclusion that does not require a response.

14. Plaintiff denies the allegations in paragraph 14 of Bio-Rad's counterclaims.

15. In response to paragraph 15 of Bio-Rad's counterclaims, Plaintiff realleges its responses to paragraphs 1-14 as set forth above.

16. Plaintiff admits the allegation in paragraph 16 of Bio-Rad's counterclaims.

17. With respect to the allegations in paragraph 17 of Bio-Rad's counterclaims, Plaintiff admits that Bio-Rad denies that the '977 patent is enforceable. The remainder of paragraph 17 is a legal conclusion that does not require a response.

18. Plaintiff denies the allegations in paragraph 18 of Bio-Rad's counterclaims.

19. Plaintiff denies any allegations in Bio-Rad's Prayer for Relief.

**PRAYER FOR RELIEF**

Plaintiff respectfully requests that Bio-Rad's counterclaims be dismissed with prejudice and the Court award Plaintiff all the relief it seeks in its Complaint.

DATED:  June 25, 2008                                   DORSEY & WHITNEY LLP


By:  _____/S/_____
TODD A. LORENZ, ESQ.
Attorneys for Plaintiff
EPPENDORF AG

- 3 -

**ANSWER TO DEFENDANT'S COUNTERCLAIMS**
**CASE NO. C 08-01617 SBA**