Todd A. Lorenz, Esq. SBN 175950
Martha C. Luemers, Esq., SBN 104658
DORSEY & WHITNEY LLP
1717 Embarcadero Road
P.O. Box 51050
Palo Alto, California 94303
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
eFilingPA@dorsey.com

Sri K. Sankaran, Esq. SBN 236584
Ronald J. Brown, Esq. SBN 236148
50 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-8856
sankaran.sri@dorsey.com
brown.ron@dorsey.com

Attorneys for Plaintiff
EPPENDORF AG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPPENDORF AG,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BIO-RAD LABORATORIES, INC.<br><br>　　　　　　Defendant. | CASE NO. C08-01617 SBA<br><br>**RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

　　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

1  substantially affected by the outcome of this proceeding: Eppendorf AG's United States
2  subsidiary, Eppendorf North America, Inc. has a financial interest in the subject matter in
3  controversy.
4  DATED:  June 25, 2008                               DORSEY & WHITNEY LLP

                                                      By:  _____/S/_____
                                                           TODD A. LORENZ, ESQ.
                                                           Attorneys for Plaintiff
                                                           EPPENDORF AG