Todd A. Lorenz, Esq. SBN 175950
Martha C. Luemers, Esq., SBN 104658
DORSEY & WHITNEY LLP
1717 Embarcadero Road
P.O. Box 51050
Palo Alto, California 94303
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
eFilingPA@dorsey.com

Sri K. Sankaran, Esq. SBN 236584
Ronald J. Brown, Esq. SBN 236148
50 South Sixth Street
Minneapolis, MN  55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-8856
sankaran.sri@dorsey.com
brown.ron@dorsey.com

Attorneys for Plaintiff
EPPENDORF AG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EPPENDORF AG, | ) CASE NO. C08-01617 SBA |
| Plaintiff, | ) |
| v. | ) **EPPENDORF AG's CORPORATE** |
| | ) **DISCLOSURE STATEMENT** |
| BIO-RAD LABORATORIES, INC. | ) **(Fed.R.Civ.Pro. 7.1)** |
| Defendant. | ) |
| | ) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Eppendorf AG has no parent and no publicly held corporation owns ten percent or more of its stock.

DATED:  June 25, 2008                    DORSEY & WHITNEY LLP


By:  _____/S/_____
     TODD A. LORENZ, ESQ.
     Attorneys for Plaintiff
     EPPENDORF AG