AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District (Oakland) |
|---|---|
| DOCKET NO. | DATE FILED 03/27/08 | C-08-1671-SBA |

| PLAINTIFF<br>LAFACE RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; and CAPITOL RECORDS, INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED<br>06/25/08 |
|---|---|---|
| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Jessie Mosley | DATE<br>06/26/08 |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

# EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.194 2007-10-30 22:32:00 EDT     **CASE ID#** 146507279

**P2P Network:** GnutellaUS     **Total Audio Files:** 437

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| LaFace Records LLC | TLC | Waterfalls | CrazySexyCool | 198-743 |
| SONY BMG MUSIC ENTERTAINMENT | Modest Mouse | Bury Me With It | Good News For People Who Love Bad News | 353-218 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Smooth Criminal | Bad | 84-256 |
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Wake Me Up Before You Go-Go | Wake Me Up Before You Go-Go (single) | 57-557 |
| UMG Recordings, Inc. | Nelly | Grillz | Grillz (single) | 385-148 |
| Elektra Entertainment Group Inc. | Steel Pulse | Earth Crisis | Earth Crisis | 53-776 |
| Capitol Records, Inc. | Coldplay | Fix You | X&Y | 376-828 |
| Warner Bros. Records Inc. | The Flaming Lips | Fight Test | Yoshimi Battles the Pink Robots | 316-677 |
| Elektra Entertainment Group Inc. | Phish | Heavy Things | Farmhouse | 281-388 |

1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   LAFACE RECORDS LLC; SONY BMG MUSIC
7  ENTERTAINMENT; WARNER BROS. RECORDS INC.;
   UMG RECORDINGS, INC.; ELEKTRA
8  ENTERTAINMENT GROUP INC.; and CAPITOL
   RECORDS, INC.
9

E-FILED

JUN 25 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

#14

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11                    OAKLAND DIVISION
12

13  LAFACE RECORDS LLC, a Delaware limited      CASE NO. 4:08-CV-01671-SBA
    liability company; SONY BMG MUSIC
14  ENTERTAINMENT, a Delaware general           Honorable Saundra Brown Armstrong
    partnership; WARNER BROS. RECORDS
15  INC., a Delaware corporation; UMG           **NOTICE OF VOLUNTARY DISMISSAL
    RECORDINGS, INC., a Delaware corporation;   WITHOUT PREJUDICE**
16  ELEKTRA ENTERTAINMENT GROUP INC.,
17  a Delaware corporation; and CAPITOL
    RECORDS, INC., a Delaware corporation,
18
19              Plaintiffs,
20      v.
21
22  JOHN DOE,
23              Defendant.
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 4:08-cv-01671-SBA
#38440 v1


Entered on Civil Docket 6/25/08

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Laface Records Llc, et al., by
2  and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim
3  against Defendant John Doe, also identified as ID # 146507279 with IP address 207.62.146.194
4  2007-10-30 22:32:00 EDT, each party to bear its/his own fees and costs. The Clerk of Court is
5  respectfully requested to close this case

Dated: June 25, 2008                                    HOLME ROBERTS & OWEN LLP


By:        /s/ Dawniell Alise Zavala
           DAWNIELL ALISE ZAVALA
           Attorney for Plaintiffs
           LAFACE RECORDS LLC; SONY BMG
           MUSIC ENTERTAINMENT; WARNER
           BROS. RECORDS INC.; UMG
           RECORDINGS, INC.; ELEKTRA
           ENTERTAINMENT GROUP INC.; and
           CAPITOL RECORDS, INC.

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 4:08-cv-01671-SBA
#38440 v1