Todd A. Lorenz, Esq. SBN 175950
Martha C. Luemers, Esq., SBN 104658
DORSEY & WHITNEY LLP
1717 Embarcadero Road
P.O. Box 51050
Palo Alto, California 94303
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
eFilingPA@dorsey.com

Sri K. Sankaran, Esq. SBN 236584
Ronald J. Brown, Esq. SBN 236148
50 South Sixth Street
Minneapolis, MN  55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-8856
sankaran.sri@dorsey.com
brown.ron@dorsey.com

Attorneys for Plaintiff
EPPENDORF AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPPENDORF AG,<br><br>                    Plaintiff,<br><br>     v.<br><br>BIO-RAD LABORATORIES, INC.<br><br>                    Defendant. | CASE NO. C08-01617 SBA<br><br>**RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

1  substantially affected by the outcome of this proceeding: Eppendorf AG's United States
2  subsidiary, Eppendorf North America, Inc. has a financial interest in the subject matter in
3  controversy.

4  DATED: June 25, 2008                    DORSEY & WHITNEY LLP

7                                          By: _____/S/_____
                                                TODD A. LORENZ, ESQ.
                                                Attorneys for Plaintiff
8                                               EPPENDORF AG