```
 1  TODD ANTHONY LORENZ, Bar No. 175950
    (tlorenz@kslaw.com)
 2  KING & SPALDING
    Four Embarcadero Center
 3  Suite 3500
    San Francisco, CA 94111
 4  Phone: 415-318-1200
    Fax: 415-318-1300
 5
    Attorneys for Plaintiff
 6  EPPENDORF AG
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPPENDORF AG,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>　　　　　　Defendant. | CASE NO. C 08-01617 SBA<br><br>**NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR PLAINTIFF EPPENDORF AG** |

Plaintiff Eppendorf AG ("Eppendorf") hereby notified the Court that its attorney of record Todd Anthony Lorenz, is no longer associated with the law firm Dorsey & Whitney LLP  His new contact information is as follows:

| Counsel | Prior Contact Information | New Contact Information |
|---|---|---|
| Todd Anthony Lorenz | Dorsey & Whitney, LLP<br>1717 Embarcadero Road<br>Palo Alto, CA  94303<br>Phone: 650-857-1717<br>Fax: 650-857-1288<br>lorenz.todd@dorsey.com | King & Spalding<br>Four Embarcadero Center<br>Suite 3500<br>San Francisco, CA 94111<br>Phone: 415-318-1200<br>Fax: 415-318-1300<br>tlorenz@kslaw.com |

| | | |
|---|---|---|
| 1 | DATED: July 7, 2008 | KING & SPALDING |
| 2 | | |
| 3 | | By _____/s/_____ |
| | | Todd Anthony Lorenz |
| 4 | | Attorneys for Plaintiff |
| | | Eppendorf AG |

- 2 -

# CERTIFICATE OF SERVICE

I, Andrea Ayala-Robles, declare:

I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and am not a party to the within action. My business address is King & Spalding, 1000 Bridge Parkway, Suite 100, Redwood City, CA 94065. I am personally familiar with the business practice of King & Spalding. On July 9, 2008, I served the following document:

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR PLAINTIFF EPPENDORF AG**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

**Douglas Woodruff Colt**
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Drive
Suite 560
Redwood City, CA 94065
650-801-5004
Fax: 650-801-5100
Email: dougcolt@quinnemanuel.com

_____ (By Overnight Courier) I caused each envelope, with postage fully prepaid, to be sent by _____.

__X__ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of King & Spalding.

_____ (By Hand) I delivered the envelope by hand to the office listed above.

_____ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

_____ (By E-Mail) I caused all documents to be sent by Automatic E-Mail to the individuals indicated above

I declare under penalty of perjury that the above is true and correct and that this declaration was executed at Redwood City, California.

DATED: July 9, 2008        _____
                           Andrea Elaine Ayala-Robles

CERTIFICATE OF SERVICE                    CASE NO. C 08-01617 SBA