UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 7/9/08

C-08-01617 SBA         JUDGE: SAUNDRA BROWN ARMSTRONG

Title: EPPENDORF AG vs. BIO-RAD LABORATORIES, INC.

Atty.: TODD LORENZ            DOUGLAS COLT

Deputy Clerk: Lisa R. Clark        Court Reporter:    N/R

**PROCEEDINGS**
Plt   DFT
( )   ( ) 1. TELEPHONE CASE MANAGEMENT CONFERENCE - NOT HELD
( )   ( ) 2.
( )   ( ) 3.
( )   ( ) 4.
( ) Motion(s)   ( ) Granted   ( ) Denied   ( ) Off Calendar
           ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
( ) Order to be prepared by  ( ) Plaintiff  ( )Deft  ( ) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to 9/17/08 for a Telephone Case Management Conference at 3:00 p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to _____ for _____ Motion Hearing
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
General Discovery Cut-off _____ Expert Discovery Cut-off _____
Plft to name Experts by _____ Deft to name Experts by _____
All Dispositive Motions to be heard by ( Motion Cut-off) _____
Case Continued to _____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____ Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: _____ Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE _____ FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
Notes: COURT INSTRUCTS PARTIES TO FILE A ADMINISTRATIVE MOTION TO RELATE CASES IF THE MATTER HAS NOT BEEN RESOLVED IN 30 DAYS; PARTIES TO FILE A JOINT CMC STATEMENT 10 DAYS IN ADVANCE OF THE NEXT CMC.
cc: