```
 1  PAUL J. ANDRE, Bar No. 196585
    pandre@kslaw.com
 2  LISA KOBIALKA, Bar No. 191404
    lkobialka@kslaw.com
 3  KING & SPALDING LLP
    1000 Bridge Parkway, Suite 100
 4  Redwood Shores, CA 94065
    Telephone:  (650) 590-0700
 5  Facsimile:  (650) 590-1900

 6
    Attorneys for Plaintiff
 7  EPPENDORF AG
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| EPPENDORF AG, <br><br> Plaintiff, <br><br> v. <br><br> BIO-RAD LABORATORIES, INC., <br><br> Defendant. | CASE NO. C 08-01617 SBA <br><br> **SUBSTITUTION OF COUNSEL** |

1  Plaintiff Eppendorf AG hereby substitutes as its counsel in this proceeding the law firm of King &
2  Spalding LLP in place of Dorsey Whitney LLP. King & Spalding's address is:
3  
   King & Spalding LLP
4  1000 Bridge Parkway, Suite 100
   Redwood City, CA 94065
5  Phone: (650) 590-0700
   Facsimile: (650) 590-1900
6  
7  DATED: July 8, 2008                         **EPPENDORF AG**

8                                              By: _____
9                                              Guenther Mohr / Dr. Heinz Gerhard Kohn
                                                Executive VP/ Board Member Technology
10 
11 The undersigned consents to the substitution.
                                                **DORSEY WHITNEY LLP**
12 DATED: July 31, 2008

13                                              By: _____
                                                Martha Luemers
14 
15 The undersigned accepts the substitution.
                                                **KING & SPALDING LLP**
16 Dated: July 8, 2008

17                                              By: _____
                                                Paul J. Andre
18
19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF COUNSEL                                          CASE NO. C 08-01617 SBA