KING & SPALDING LLP
   Todd A. Lorenz, SBN 175950
   Paul J. Andre, SBN 196585
   Four Embarcadero Center, Suite 3500
   San Francisco, California 94111
   Telephone: (415) 318-1200
   Facsimile: (415) 318-1300
   tlorenz@kslaw.com

Attorneys for Plaintiff
EPPENDORF AG

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Doug Colt, SBN 210915
   555 Twin Dolphin Drive, Suite 560
   Redwood Shores, CA 94065
   Telephone: (650) 801-5000
   Fax: (650) 801-5100
   dougcolt@quinnemanuel.com

Attorneys for Defendant,
BIO-RAD LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPPENDORF AG, | CASE NO.: C08-01617 SBA |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| BIO-RAD LABORATORIES, INC., | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND ORDER PURSUANT TO RULE 41(a)(1), FED. R. CIV. P.

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Eppendorf AG hereby dismisses the

Complaint and all causes of action as against Defendant Bio-Rad Laboratories, Inc. with prejudice

1  and without costs. Defendant Bio-Rad Laboratories, Inc. hereby dismisses its counterclaims and
2  all causes of action as against Eppendorf AG with prejudice and without costs.
3      Plaintiff and Defendant hereby stipulate and consent, and this Court hereby adjudges as
4  follows:
5      1. This Court has jurisdiction over the subject matter and the parties to this action,
6  and venue is proper in this District.
7      2. All of the parties' claims and counterclaims are dismissed with prejudice.
8      3. The parties shall bear their own costs and attorneys' fees.
9
10  THE ABOVE ORDER IS HEREBY STIPULATED TO AND AGREED BY THE
11  PARTIES.
12
13  Dated: August 1, 2008              Dated: Aug 1, 2008
14  KING & SPALDING                    QUINN EMANUEL URQUHART
                                       OLIVER & HEDGES, LLP
15
16  Attorneys for Plaintiff            Attorneys for Defendant
17
    Todd A. Lorenz                     Doug Colt
18
19  PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED
20
21  Dated: _____, 2008
22
23
24              The Honorable Saundra Brown Armstrong
                United States District Judge
25
26
27
28