```
 1  KING & SPALDING LLP
       Todd A. Lorenz, SBN 175950
 2     Paul J. Andre, SBN 196585
       Four Embarcadero Center, Suite 3500
 3     San Francisco, California 94111
       Telephone: (415) 318-1200
 4     Facsimile: (415) 318-1300
       tlorenz@kslaw.com
 5
    Attorneys for Plaintiff
 6  EPPENDORF AG

 7  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
       Doug Colt, SBN 210915
 8     555 Twin Dolphin Drive, Suite 560
       Redwood Shores, CA 94065
 9     Telephone: (650) 801-5000
       Fax: (650) 801-5100
10     dougcolt@quinnemanuel.com

11
    Attorneys for Defendant,
12  BIO-RAD LABORATORIES, INC.

13
                   UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                         OAKLAND DIVISION
16

17  EPPENDORF AG,                    )  CASE NO.: C08-01617 SBA
                                     )
18          Plaintiff,               )  STIPULATION AND ORDER OF
                                     )  DISMISSAL
19     v.                            )
                                     )
20  BIO-RAD LABORATORIES, INC.,      )
                                     )
21          Defendant.               )
                                     )
22

23  VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND ORDER
                 PURSUANT TO RULE 41(a)(1), FED. R. CIV. P.
24

25
         Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Eppendorf AG hereby dismisses the
26
    Complaint and all causes of action as against Defendant Bio-Rad Laboratories, Inc. with prejudice
27

28
```

and without costs. Defendant Bio-Rad Laboratories, Inc. hereby dismisses its counterclaims and all causes of action as against Eppendorf AG with prejudice and without costs.

Plaintiff and Defendant hereby stipulate and consent, and this Court hereby adjudges as follows:

1. This Court has jurisdiction over the subject matter and the parties to this action, and venue is proper in this District.

2. All of the parties' claims and counterclaims are dismissed with prejudice.

3. The parties shall bear their own costs and attorneys' fees.

THE ABOVE ORDER IS HEREBY STIPULATED TO AND AGREED BY THE PARTIES.

Dated: August 1, 2008

KING & SPALDING

Attorneys for Plaintiff

Todd A. Lorenz

Dated: Aug 1, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

Attorneys for Defendant

Doug Colt

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED

Dated: Augus 7, 2008

Saundra B. Armstrong
The Honorable Saundra Brown Armstrong
United States District Judge