AO 120 (Rev. 2/99)

| TO: | Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of California__ on the following ✔ Patents or ☐ Trademarks:

| DOCKET NO.<br>CV 08-01617 EMC | DATE FILED<br>3/25/08 | U.S. DISTRICT COURT<br>450 Golden Gate Avenue, P.O. Box 36060, San Francisco, CA 94102 |
|---|---|---|
| PLAINTIFF<br>EPPENDORF AG | | DEFENDANT<br>BIO-RAD LABORATORIES, INC. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1   see Complaint | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

***STIPULATION AND ORDER of Dismissal, With Prejudice, Entered on 08/07/08***

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Jessie Mosley~~Sheila Rask~~ | DATE 08/08/08 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Commissioner    **Copy 3**—Upon termination of action, mail this copy to Commissioner
**Copy 2**—Upon filing document adding patent(s), mail this copy to Commissioner    **Copy 4**—Case file copy

```
 1  KING & SPALDING LLP
        Todd A. Lorenz, SBN 175950
 2      Paul J. Andre, SBN 196585
        Four Embarcadero Center, Suite 3500
 3      San Francisco, California 94111
        Telephone: (415) 318-1200
 4      Facsimile: (415) 318-1300
        tlorenz@kslaw.com
 5
    Attorneys for Plaintiff
 6  EPPENDORF AG

 7  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
        Doug Colt, SBN 210915
 8      555 Twin Dolphin Drive, Suite 560
        Redwood Shores, CA 94065
 9      Telephone: (650) 801-5000
        Fax: (650) 801-5100
10      dougcolt@quinnemanuel.com

11
    Attorneys for Defendant,
12  BIO-RAD LABORATORIES, INC.

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                          OAKLAND DIVISION
16
17  EPPENDORF AG,                    )   CASE NO.: C08-01617 SBA
                                     )
18                Plaintiff,         )   STIPULATION AND ORDER OF
                                     )   DISMISSAL
19       v.                          )
                                     )
20  BIO-RAD LABORATORIES, INC.,      )
                                     )
21                Defendant.         )
                                     )
22
23  VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND ORDER
                 PURSUANT TO RULE 41(a)(1), FED. R. CIV. P.
24
25
         Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Eppendorf AG hereby dismisses the
26
    Complaint and all causes of action as against Defendant Bio-Rad Laboratories, Inc. with prejudice
27
28
```

E-FILED
AUG - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

#30

Entered on Civil Docket 8/7/08

and without costs. Defendant Bio-Rad Laboratories, Inc. hereby dismisses its counterclaims and all causes of action as against Eppendorf AG with prejudice and without costs.

Plaintiff and Defendant hereby stipulate and consent, and this Court hereby adjudges as follows:

1. This Court has jurisdiction over the subject matter and the parties to this action, and venue is proper in this District.

2. All of the parties' claims and counterclaims are dismissed with prejudice.

3. The parties shall bear their own costs and attorneys' fees.

THE ABOVE ORDER IS HEREBY STIPULATED TO AND AGREED BY THE PARTIES.

Dated: August 1, 2008

KING & SPALDING

Attorneys for Plaintiff

Todd A. Lorenz

Dated: Aug 1, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

Attorneys for Defendant

Doug Colt

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED

Dated: Augus 7, 2008

The Honorable Saundra Brown Armstrong
United States District Judge